UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRIUS THURMOND,

        Plaintiff,                              Case Number: 2:19-CV-11467
                                                        HON. LAURIE J. MICHELSON

v.

WASHTENAW COUNTY SHERIFF,
ET AL.,

        Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Michigan state prisoner Derrius Thurmond filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Thurmond failed to pay the $400 filing fee for a civil action or file the required papers to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(2). The Court, therefore, issued an Order to Correct Deficiency (Deficiency Order). (ECF No. 4)

The Deficiency Order required Thurmond to submit the filing fee or to file the necessary papers. The Deficiency Order further provided that, if Thurmond did not correct the deficiency within 30 days, the complaint would be dismissed. The time for correcting the deficiency has elapsed and Thurmond has not paid the filing fee or submitted the required papers.

Accordingly, the complaint is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                                      s/Laurie J. Michelson
                                                      LAURIE J. MICHELSON
                                                      UNITED STATES DISTRICT JUDGE

Date: July 30, 2019

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, July 30, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                              s/William Barkholz
                              Case Manager